IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED LOVE,

      Plaintiff,                    No. 2:12-cv-2965 JAM CKD P

    vs.

SGT. McCOIN, et al.,

      Defendants.

                              FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed December 19, 2012, plaintiff was ordered to submit an affidavit in support of a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (Dkt. No. 6.) The thirty-day period has now expired, and plaintiff has neither submitted an affidavit nor paid the filing fee.

////
////
////
////
////

1

1   IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.
3   These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within fourteen days after service of the objections.  The parties are
9 advised that failure to file objections within the specified time may waive the right to appeal the
10 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

 Dated: January 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
love2965.fifp