IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED LOVE,

      Plaintiff,                     No.  2:12-cv-2965 JAM CKD P

   vs.

SGT. McCOIN, et al.,

      Defendants.

                                 FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed December 19, 2012, plaintiff was ordered to submit an affidavit in support of a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  (Dkt. No. 6.)  The thirty-day period has now expired, and plaintiff has neither submitted an affidavit nor paid the filing fee.

////
////
////
////
////

1

1       IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within fourteen days after service of the objections.  The parties are
9 advised that failure to file objections within the specified time may waive the right to appeal the
10 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
love2965.fifp